UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOSHUA RUSSELL SANDERS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:24-cv-336-LCB-NAD |
| | ) |
| **SERGEANT JACOBS,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

After screening plaintiff Joshua Russell Sanders' amended complaint (Doc. 15; Doc. 36), as required by 28 U.S.C. § 1915A(b), the magistrate judge entered a report on October 22, 2025, recommending that the court dismiss all claims except (1) Sanders' Eighth Amendment excessive force claim against defendants Sergeant Jacobs, Officer Stewart, Travis Schult, Demetrius Charley, Chevelle Hunte, and Glen Barr; (2) Sanders' Eighth Amendment failure to intervene claim against defendant Jeremy Pelzer; and (3) Sanders' Fourteenth Amendment procedural due process claim against defendant Bryan McPhail, for damages in his individual capacity. and for declaratory and injunctive relief in his individual and official capacities. (Doc. 50). The magistrate judge further recommended that the court refer the remaining claims to him for further proceedings. *Id.* at 18. The magistrate judge notified Sanders of his right to file specific, written objections to the report

and recommendation within 14 days, (*id*., at 19-20), but that time expired without the court receiving any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court **ORDERS** that all of Sanders' claims are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b), **EXCEPT** (1) Sanders' Eighth Amendment excessive force claim against defendants Jacobs, Stewart, Schult, Charley, Hunte, and Barr; (2) Sanders' Eighth Amendment failure to intervene claim against defendant Pelzer; and (3) Sanders' Fourteenth Amendment procedural due process claim against defendant McPhail, for damages in his individual capacity. and for declaratory and injunctive relief in his individual and official capacities.

The court **REFERS** the remaining Eighth and Fourteenth Amendment claims to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this November 17, 2025.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE