FILED
2026 Nov-18 AM 11:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JOSHUA RUSSELL SANDERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:24-cv-336-LCB-NAD** |
| | ) | |
| **SERGEANT JACOBS, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

On October 22, 2026, U.S. Magistrate Judge Nicholas A. Danella issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that (1) Plaintiff Joshua Russell Sanders's claims against Defendant Stewart be dismissed without prejudice; (2) Defendants' summary-judgment motion be granted as to Sanders's Fourteenth Amendment claim against Defendant McPhail; (3) Defendants' summary-judgment motion be denied as to Sanders's Eighth Amendment excessive-force claims against Defendants Jacobs, Schult, Charley, Hunte, and Barr in their individual capacities, and as to his Eighth Amendment failure-to-intervene claim against Defendant Pelzer in his individual capacity; and (4) Sanders's remaining claims be referred to the Magistrate Judge for further proceedings consistent with his report. (Doc. 79). Sanders has not objected to the Report and Recommendation.

If a party objects to a portion of a Magistrate Judge's report or to the proposed findings or recommendations, the district court must review de novo those portions to which the party has specifically objected. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Unchallenged portions of a Magistrate Judge's report are reviewed for clear error. *Haywood v. Green*, 695 F. Supp. 3d 1315, 1318 (N.D. Ala. Sept. 27, 2023). The district court may, in its review, "accept, reject, or modify, in whole or in part," the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1)(C).

Having reviewed the Magistrate Judge's Report and Recommendation (doc. 79) for clear error, the Court concludes that it should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court. The Court therefore **ORDERS** the following:

1. Sanders's claims against Defendant Stewart are **DISMISSED without prejudice**.
2. Defendants' motion for summary judgment (docs. 74) is **GRANTED in part and DENIED in part**. Specifically, Defendants' motion for summary judgment is **GRANTED** as to Sanders's Fourteenth Amendment claim against Defendant McPhail and **DENIED** as to his Eighth Amendment excessive-force claims against Defendants Jacobs, Schult, Charley, Hunte, and Barr in their individual capacities and his

Eighth Amendment failure-to-intervene claim against Defendant Pelzer in his individual capacity.

3. Sanders's Eighth Amendment excessive-force claims against Defendants Jacobs, Schult, Charley, Hunte, and Barr in their individual capacities and his Eighth Amendment failure-to-intervene claim against Defendant Pelzer in his individual capacity claims are **REFERRED** to the Magistrate Judge for further proceedings consistent with his report.

**DONE** and **ORDERED** this November 18, 2026.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE